OR M.BEHNING

## APPEARANCE BOND FOR A MATERIAL WITNESS

FILED
2008 JUL 10 AM 9:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

USA Approval

| United States District Court | Southern District of California |
|---|---|
| United States of America v. PEREZ-GARCIA | Crim. Case No. _____ |
| | Magis. Case No. 08 mj 1973 |

We, **FLORENCIO ENRIQUEZ** (name of surety) and **Victor Manuel Morales-Izarraraz** (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ **5,000.00** and there has been deposited in the Registry of the Court the sum of $ **500.00** in cash. This bond is conditioned upon and posted to secure the appearance of material witness **Victor Manuel Morales-Izarraraz** to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: **Victor manuel Morales Izarraraz**   Surety's Signature: _____

Surety's Home Address: **328 DARTMOUTH RD. SANTA PAULA, CA. 93060**

Material Witness' U.S. Address: **Same as surety**

Acknowledgment: The surety noted above signed this bond before me, **Eric Trop** (print name) of person witnessing surety's signature), on **7/3/08** (date), at **ENCINITAS, CA.** (city/state).

My address is: **1991 VILLAGE PARK WAY #160 ENCINITAS, CA. 92024**

Signature Of Person Witnessing Surety's Signature: _____ Dated: **7-3-08**

Bond Approved: **WMcWurney** , United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, FLORENCIO ENRIQUEZ (print name of owner of cash), state that I reside at 328 DARTMOUTH RD. SANTA PAULA, CA. 93060 , and that I am the owner of the $ 500.00 cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: 07/03/2008

Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, FLORENCIO ENRIQUEZ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ 5,000.00 , and that I reside at 328 DARTMOUTH RD. SANTA PAULA, CA. 93060

Dated: 07/03/08

Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: 07/03/08

Signature of the Surety

RECEIVED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

## MATERIAL WITNESS INFORMATION SHEET

### CASE INFORMATION
Case Name: U.S. v. PEREZ-GARCIA et. al.
AUSA Name: _____
Case Agent: Struve/Chavez
Case No. 08mj1973
AUSA Telephone: _____
Agency: U.S.B.P.

### INFORMATION ABOUT THE MATERIAL WITNESS
Name: Victor Manuel Morales-Izarraraz
Date of Birth: 09-25-81
Foreign Address: Morelos #34 Atequcario, Mich, Mexico
Did The Material Witness Sign An I-826?: _____
A-Number: 89 850 784
Immigration Status: Undocumented
Relationship to Defendant: _____

### PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE
Name: Same as Surety
Home Address: _____
Business Address: _____
Home Telephone: _____
Relationship to Witness: _____
Business Telephone: _____

### RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.
Name: Same as Surety
Home Address: _____
Business Address: _____
Home Telephone: _____
Relationship to Witness: _____
Business Telephone: _____

### ATTORNEY FOR THE MATERIAL WITNESS
Name: Neil R. Trop
Tel: (760)634-1295  Fax: (760)634-1291
Address: 1991 Village Park Way #60 Encinitas, CA - 92024

### INFORMATION ABOUT THE SURETY
Name: Florencio Enriquez
Immigration Status: U.S. Citizen
Home Address: 328 Dartmouth Rd. Santa Paula CA. 93060
Business Address: 941 Avenida Acasa Camarillo CA. 93012
Home Telephone: (805) 525-5592
Relationship to Witness: Brother-in-law
Relationship to Defendant: None
Business Telephone: (805) 746-4180
Does The Surety Have An Immigration Record (if so, the charges): No
Does The Surety Have A Criminal Record (if so, the charges): No

--------

FOR INS USE ONLY
1. MATERIAL WITNESS ☐       SURRENDERED ☐       FAILED TO APPEAR ☐
2. _____
   Signature                                    Date

K:COMMON\CSA forms\2005\marwit_info_sht.wpd



## APPEARANCE BOND FOR A MATERIAL WITNESS

FILED
2008 JUL 10 AM 9: 34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

USA Approval _____

| United States District Court | Southern District of California |
|---|---|
| United States of America<br>v.<br>PEREZ-GARCIA | Crim. Case No. _____ |
| | Magis. Case No. 08 mj 1973 |

We, FLORENCIO ENRIQUEZ (name of surety) and Victor Manuel Morales-Izarraraz (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ 5,000.00 and there has been deposited in the Registry of the Court the sum of $ 500.00 in cash. This bond is conditioned upon and posted to secure the appearance of material witness Victor Manuel Morales-Izarrapa to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: Victor manuel Morales Izarrar  Surety's Signature: _____

Surety's Home Address: 328 DARTMOUTH RD. SANTA PAULA, CA. 93060

Material Witness' U.S. Address: Same as surety

Acknowledgment: The surety noted above signed this bond before me, Eric Trop (print name of person witnessing surety's signature), on 7/3/08 (date), at ENCINITAS, CA. (city/state).

My address is: 1991 VILLAGE PARK WAY #160 ENCINITAS, CA. 92024

Signature Of Person Witnessing Surety's Signature: _____ Dated: 7-3-08

Bond Approved: WMcLurney, United States Magistrate Judge or District Judge

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, FLORENCIO ENRIQUEZ (print name of owner of cash), state that I reside at 328 DARTMOUTH RD. SANTA PAULA, CA. 93060, and that I am the owner of the $ 500.00 cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: 07/03/2008

Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, FLORENCIO ENRIQUEZ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ 5,000.00, and that I reside at 328 DARTMOUTH RD. SANTA PAULA, CA. 93060

Dated: 07/03/08

Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: 07/03/08

Signature of the Surety

RECEIVED
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

## MATERIAL WITNESS INFORMATION SHEET

### CASE INFORMATION

Case Name: U.S. v. **PEREZ-GARCIA, et. al.**

AUSA Name: _____

Case Agent: **Struve / Chavez**

Case No. **08 mj 1973**

AUSA Telephone: _____

Agency: **U.S.B.P.**

### INFORMATION ABOUT THE MATERIAL WITNESS

Name: **Victor Manuel Morales-Izarraraz**

Date of Birth: **09-25-81**

Foreign Address: **Morelos #34 Atequcario, Mich, Mexico**

A-Number: **89 850 784**

Immigration Status: **Undocumented**

Did The Material Witness Sign An I-826? _____

Relationship to Defendant: _____

### PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE

Name: **Same as Surety**

Home Address: _____

Business Address: _____

Home Telephone: _____

Relationship to Witness: _____

Business Telephone: _____

### RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.

Name: **Same as Surety**

Home Address: _____

Business Address: _____

Home Telephone: _____

Relationship to Witness: _____

Business Telephone: _____

### ATTORNEY FOR THE MATERIAL WITNESS

Name: **Neil R. Trop**

Tel **(760) 634-1295**  Fax **(760) 634-1291**

Address: **1991 Village Park Way #60 Encinitas, CA - 92024**

### INFORMATION ABOUT THE SURETY

Name: **Florencio Enriquez**

Immigration Status: **U.S. Citizen**

Home Address: **328 Dartmouth Rd. Santa Paula CA. 93060**

Business Address: **941 Avenida Acasa Camarillo CA. 93012**

Home Telephone: **(805) 525-5592**

Relationship to Witness: **Brother-in-Law**

Relationship to Defendant: **None**

Business Telephone: **(805) 746-4180**

Does The Surety Have An Immigration Record (if so, the charges): **No**

Does The Surety Have A Criminal Record (if so, the charges): **No**

FOR INS USE ONLY

1. MATERIAL WITNESS ☐    SURRENDERED ☐    FAILED TO APPEAR ☐
2. _____

Signature _____    Date _____

K:\COMMON\CSA forms\2005\marwit_info_sht.wpd

**CALIFORNIA**
DRIVER LICENSE
EXP 24-11
B4068855   CLASS: C
FLORENCIO
ENRIQUEZ FERNANDEZ
328 DARTMOUTH RD
SANTA PAULA CA 93060
SEX: M   HAIR: BLK   EYES: BRN
HT: 5-06   WT: 170   DOB: 01-24-76
RSTR: CORR LENS
04/12/2007 630 15   FD/11

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

01-2-02
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR
**NOT VALID UNTIL SIGNED**

PASSPORT
PASSEPORT
PASAPORTE

**UNITED STATES OF AMERICA**

Type/Type/Tipo: P   Code/Code/Código: USA   Passport No./No. du Passeport/No. de Pasaporte: 202311257
Surname/Nom/Apellidos: ENRIQUEZ
Given names/Prénoms/Nombres: FLORENCIO FERNANDEZ
Nationality/Nationalité/Nacionalidad: UNITED STATES OF AMERICA
Date of birth/Date de naissance/Fecha de nacimiento: 24 Jan 1976
Sex/Sexe/Sexo: M   Place of birth/Lieu de naissance/Lugar de nacimiento: MEXICO
Date of issue/Date de délivrance/Fecha de expedición: 04 Apr 2000   Authority/Autorité/Autoridad: National Passport Center
Date of expiration/Date d'expiration/Fecha de caducidad: 03 Apr 2010
Amendments/Modifications/Enmiendas: See Page 24

P<USAENRIQUEZ<<FLORENCIO<FERNANDEZ<<<<<<<<<
2023112577USA7601244M1004038<<<<<<<<<<<<<<00